**MONUMENTAL INVESTMENT CORPORATION, Plaintiff—Appellee,**

v.

**Joseph ZIADEH, Defendant—Appellant,**

and

**Bell Construction Company, Incorporated, Defendant.**

No. 05–1775.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2006.

Decided: April 17, 2006.

Joseph Ziadeh, Appellant Pro Se. Robert Francis Carney, William Patrick Pearce, Whiteford, Taylor & Preston, LLP, Baltimore, Maryland, for Appellee.

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Ziadeh appeals the district court's order denying relief on his "Affidavit and Complaint." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Monu-*

*mental Inv. Corp. v. Bell Constr. Co.*, No. CA–96–936 (E.D. Va. June 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*